IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON MERVIN STUTESMAN,

               Petitioner,            No. CIV S-05-0059 LKK JFM P

   vs.

ROSANNE CAMPBELL, et al.,

               Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]

        Petitioner challenges his 1996 conviction, entered pursuant to a guilty plea, on charges of continuous sexual behavior with a minor in violation of California Penal Code § 288.5, for which he is serving a sentence of twelve years in prison. Petitioner contends that he received ineffective assistance of trial counsel and appellate counsel when counsel failed to

---

[1] On January 14, 2005, petitioner filed a motion for leave to proceed with this action in forma pauperis. By order filed January 21, 2005, petitioner was directed to explain discrepancies between his in forma pauperis application and the trust account statement appended thereto. On February 3, 2005, petitioner filed a response to the January 21, 2005 order, and on March 11, 2005, petitioner paid the filing fee. Good cause appearing, petitioner's motion for leave to proceed in forma pauperis will be denied without prejudice to its renewal, if appropriate, at a later stage of these proceedings.

challenge the sufficiency of the charging document to invoke the court's jurisdiction, that his trial counsel unlawfully coerced petitioner's guilty plea by threatening to testify against him unless petitioner agreed to a plea bargain, that petitioner's plea, conviction and sentence are unconstitutional because the prosecutor failed to file a proper charging document, and that the conviction is void because the charging document was insufficient to give the court jurisdiction over the charges.

Good cause appearing, respondents will be directed to file a response to petitioner's application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's January 14, 2005 motion for leave to proceed in forma pauperis is denied without prejudice.

2. Respondents are directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  June 13, 2005.

UNITED STATES MAGISTRATE JUDGE

12
stut0059.100f

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26