IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON MERVIN STUTESMAN,

    Petitioner,                                 No. CIV S-05-0059 LKK JFM P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.                            ORDER

_____/

        Petitioner has requested an extension of time to file objections to the November 16, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 2, 2005 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the November 16, 2005 findings and recommendations.

DATED: December 20, 2005.

UNITED STATES MAGISTRATE JUDGE

12/bb; stut0059.111