IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON MERVIN STUTESMAN,

    Petitioner,                    No. CIV S-05-0059 LKK JFM P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 16, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed November 16, 2005, are adopted in full;

4  2. Respondent's July 27, 2005 motion to dismiss is granted; and

5  3. This action is dismissed as barred by the statute of limitations.

6  DATED: March 20, 2006.

```
                                  /s/Lawrence K. Karlton
                                  UNITED STATES DISTRICT JUDGE
```

/stut0059.805hc